# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GLORIA IRENE VASQUEZ ANAYA, <br><br> Defendant. | Case No. 23CR02553-RSH <br><br> **ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** <br><br> The Honorable Robert S. Huie |

Good cause having been shown, the United States' Motion to Dismiss the Information without Prejudice is **GRANTED**. The Court dismisses the Information without prejudice.

DATED: 3/01/24

_____
Honorable Robert S. Huie
United States District Judge